IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| BRIAN PEARCE, Register No. 1091544, ) | | |
| RONALD STANLEY, Register No. 516663, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | No. 06-4184-CV-C-NKL | |
| ) | | |
| C.O. I KEN SHEHORN, et al., ) | | |
| ) | | |
| Defendants. ) | | |

### ORDER

On October 10, 2006, the United States Magistrate Judge recommended dismissing plaintiffs' claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's October 10, 2006 Report and Recommendation is adopted [11]. It is further

ORDERED that plaintiffs' claims are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: November 2, 2006
Jefferson City, Missouri